**Thomas D. SPARKS; Dorothy E. Sparks, Appellants,**

**v.**

**HSBC AUTO FINANCE, Appellee.**

No. 07–4045.

United States Court of Appeals, Sixth Circuit.

Oct. 24, 2008.

Before KEITH, GRIFFIN, and GIBSON,* Circuit Judges.

PER CURIAM.

Debtors Thomas D. and Dorothy E. Sparks appeal from the district court's order affirming the bankruptcy court's order sustaining HSBC's objection to the Debtors' proposed plan. HSBC did not file a brief before this court. However, it appears to the court that the bankruptcy court order in question is not a final, appealable order, in that it merely denied confirmation to a proposed plan and ordered the Debtors to file an amended plan. (See JA 127) Under 28 U.S.C. § 158(d), we have jurisdiction to hear appeals from all "final decisions, judgments, orders, and decrees entered under [§ 158(a)]." A bankruptcy court's order denying confirmation of a proposed plan under Chapter 13 without dismissing the case is not a final, appealable order. *Jefferson Fin'l Servs. v. Hance,* 234 F.3d 1268 (6th Cir.2000) (unpublished); *Zahn v. Fink,* 526 F.3d 1140, 1143 (8th Cir.2008) (collecting Circuit

* The Honorable John R. Gibson, United States Circuit Judge for the Eighth Circuit Court of

cases). Accordingly, we must dismiss this appeal for lack of jurisdiction.

The appeal is DISMISSED.

Appeals, sitting by designation.